■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK FOSTER, Appellant, v NEW YORK STATE BOARD OF PAROLE et al., Respondents. — In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Queens County (Agresta, J.), dated May 13, 1983, which dismissed the writ.

Appeal dismissed as academic, without costs or disbursements.

In view of petitioner's conditional release on parole, his liberty is no longer sufficiently restrained to entitle him to a writ of habeas corpus (see *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Davidson v Walters,* 100 AD2d 917). Lazer, J. P., Bracken, Rubin and Eiber, JJ., concur.

(January 24, 1985)

■ In the Matter of PETER J. MONAGHAN, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner. — Motion by the Grievance Committee for the Second and Eleventh Judicial Districts to suspend the respondent, Peter J. Monaghan, an attorney and counselor at law, admitted to practice law in the State of New York, in this court on June 15, 1966 under the name Peter Joseph Monaghan, pending final disposition of certain ethics complaints (charges of professional misconduct) pending against him in the State of New Jersey.

Motion granted; the respondent Peter J. Monaghan is suspended from the practice of law in the State of New York pending the further order of this court. Mollen, P. J., Titone, Lazer, Mangano and Gibbons, JJ., concur.